[No. 73507-1-I.  Division One.  March 14, 2016.]

MARK S. HAMLIN, *Respondent*, v. AVIS ROBINSON HAMLIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-26519-4, Theresa B. Doyle, J., entered May 4, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Trickey, JJ.

[Nos. 73610-8-I; 73611-6-I;  Division One.  March 14, 2016.]
73612-4-I.

*In the Matter of the Dependency of* A.A.B. ET AL.

ERIKA YRIZARRIS, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from judgments of the Superior Court for Whatcom County, Nos. 14-7-00315-8, 14-7-00316-6, and 14-7--00317-4, Deborra Garrett, J., entered May 8, 2015. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, C.J., and Cox, J.

[No. 46370-9-II.  Division Two.  March 15, 2016.]

*In the Matter of the Personal Restraint of* JAMES LEE WALTERS, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Sutton, J.

[No. 46850-6-II.  Division Two.  March 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAL REINHARD LARISCH, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00453-7, James W. Lawler, J., entered October 29, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Sutton, J.